ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fast Works Company for General Trading | ) ASBCA No. 63015 |
|   Ltd. | ) |
| | ) |
| Under Contract No. W56KGZ-20-P-6033 | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Mezgin Saeed Mohsin
                                           President

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                         MAJ Jason C. Coffey, JA
                                         Dana J. Chase, Esq.
                                         Trial Attorneys

ORDER OF DISMISSAL

On December 7, 2022, the government filed a motion to dismiss for failure to prosecute. The appellant has not responded to the government's motion. As set forth in the government's motion, the appellant has disregarded all attempts by the government to engage in communication since February 1, 2022, and has not responded to the government's attempts to engage in discovery in this matter (gov't mot. at 2-4, 6).*

On February 16, 2023, the Board ordered appellant to either submit its brief or file a request for additional time to submit its brief responding to the government's motion to dismiss by no later than March 8, 2023. The Board's Order warned that it may dismiss this appeal for failure to prosecute without providing any further notice to appellant.

---

* We have reviewed the correspondence attached to the government's motion which
      reflects that the government sent its correspondence to the same address that the
      Board has for appellant.

As of March 15, 2023, appellant has not filed its response or a request for an extension. Appellant likewise has failed to respond or to communicate with the government in more than one year. Accordingly, the above appeal is dismissed with prejudice pursuant to Board Rule 17.

Dated: March 22, 2023

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63015, Appeal of Fast Works Company for General Trading Ltd., rendered in conformance with the Board's Charter.

Dated: March 22, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals